UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MARK TAIT,

    Plaintiff,

vs.

CAPITOL CITY TITLE AGENCY,

    Defendant.
_____/

Civil Action No.
08-CV-14191

HONORABLE PAUL D. BORMAN

JAMES MARK TAIT,

    Plaintiff,

vs.

CLARKSTON STATE BANK, et al.,

    Defendants.
_____/

Civil Action No.
08-CV-14411

HONORABLE PAUL D. BORMAN

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

On August 31, 2009, the Court issued an order dismissing these matters for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). On September 11, 2009, Plaintiff James Mark Tait ("Tait") filed a motion for reconsideration of the Court's order.

Motions for reconsideration are governed by E.D. Mich. LR 7.1(g)(3), which states, in relevant part, that a party moving for reconsideration must "not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case."

Tait's motion for reconsideration does not demonstrate a palpable defect. Accordingly, Tait

has not shown that he is entitled to the relief sought.  His motion is therefore denied.

    SO ORDERED.


                        S/Paul D. Borman
                        PAUL D. BORMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 29, 2009.


                        S/Denise Goodine
                        Case Manager